

## NUMBER 13-17-00556-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

MANSU LAU KNOX JR.,                                              Appellant,

v.

THE STATE OF TEXAS,                                              Appellee.

On appeal from the 27th District Court
of Bell County, Texas.

## NUMBER 13-17-00570-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**MANSU LAU KNOX JR.,**                                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                  **Appellee.**

---

### On appeal from the 426th District Court
### of Bell County, Texas.

---

# MEMORANDUM OPINION
### Before Chief Justice Valdez and Justices Contreras and Benavides
### Memorandum Opinion by Justice Benavides

Appellant, Mansu Lau Knox Jr., attempts to appeal convictions for burglary of a habitation – attempted and burglary of a building.[1] The trial court has certified that this "is a plea-bargain case, and the defendant has NO right of appeal," and "the defendant has waived the right of appeal." *See* TEX. R. APP. P. 25.2(a)(2).

On October 19, 2017, this Court notified appellant's counsel of the trial court's certifications and ordered counsel to: (1) review the record; (2) determine whether appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certifications.

Counsel failed to respond to this Court's order and the Court abated the appeals on December 1, 2017. On December 8, 2017, counsel filed a letter brief with this Court.

---

[1] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2017 R.S.).

Accordingly, the cases are hereby REINSTATED. Counsel's response does not establish that the certifications currently on file with this Court are incorrect or that appellant otherwise has a right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, these appeals are DISMISSED.

GINA M. BENAVIDES,
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
4th day of January, 2018.